IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                                                                     Civil Action No. 2:15-cv-02323-NIQA

JOHN DOE, subscriber assigned IP address
76.124.16.147,

       Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 76.124.16.147. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 24, 2015

                                                                            Respectfully submitted,

                                                                            By:   /s/ *Christopher P. Fiore*
                                                                            Christopher P. Fiore
                                                                            cfiore@fiorebarber.com
                                                                            Attorneys At Law
                                                                            418 Main Street, Suite 100
                                                                            Harleysville, PA 19438
                                                                            Phone:  215-256-0205
                                                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By:  /s/ *Christopher P. Fiore*
                                        Christopher P. Fiore